In the Matter of the Will of MORRIS HALPERIN, Deceased.

MAY H. GORMAN et al., Respondents; LILLIAN SWEET et al., Appellants.

Submitted February 25, 1942; decided April 16, 1942.

*Leon Finkelstein, Sol M. Ansell, Robert Liederman* and *David M. Wolff* for appellants.

*Bertram Flicher* for May H. Gorman, respondent.

Order affirmed, with costs payable out of the estate.   No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.